UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALECSIS POPE,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C24-551-SKV<br><br>ORDER DISMISSING CASE |

Plaintiff Alecsis Pope, proceeding pro se and *in forma pauperis*, filed this lawsuit seeking review of the denial of her applications for Supplemental Security Income (SSI) and Disability Insurance Benefits (DIB). Dkt. 4. The Court now, for the reasons set forth below, finds dismissal of this case warranted.

On July 16, 2024, the Court issued an Order Setting Briefing Schedule and directing Plaintiff to file an Opening Brief on or before August 15, 2024. Dkt. 12. Plaintiff did not file an Opening Brief and the Court, on August 19, 2024, issued an Order to Show Cause why this case should not be dismissed due to Plaintiff's failure to file an Opening Brief, and directing Plaintiff to respond on or before September 3, 2024. Dkt. 13. Plaintiff did not respond to the Order and,

ORDER DISMISSING CASE - 1

on September 11, 2024, the Court's Order to Show Cause was returned as undeliverable. Dkt. 14.

Pursuant to Local Civil Rule (LCR) 41(b)(2), a party proceeding pro se must keep the Court and opposing parties advised as to her current mailing address. Further, if mail directed to a pro se plaintiff is returned as undeliverable, and "if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute." LCR 41(b)(2).

Following the return of Plaintiff's mail, the Court, on September 13, 2024, issued an Order directing Plaintiff to notify the Court and opposing parties of her current mailing address on or before November 12, 2024. Dkt. 15. The Order also directed Plaintiff to, as of that same date, respond to the Court's Order to Show Cause regarding the filing of an Opening Brief. The Court advised Plaintiff that her failure to comply with the Order may result in the dismissal of this action for failure to prosecute. On September 30, 2024, the Court's Order was returned as undeliverable. Dkt. 16.

To date, the Court has not received any response to its Order to Show Cause regarding the filing of an Opening Brief. Further, Plaintiff has not kept the Court and opposing parties advised as to her current mailing address, and her mail has twice been returned as undeliverable. The Court, as such, herein DISMISSES this action without prejudice for failure to prosecute pursuant to LCR 41(b)(2).

DATED this 15th day of November, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DISMISSING CASE - 2